## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PNC BANK, N.A. | * | LEAD CASE CIVIL ACTION |
| | * | NO. 13-00578 |
| Plaintiff, | * | CW/ NOS: 14-00766 AND 15-0025 |
| | * | |
| VERSUS | * | |
| | * | |
| IRVIN FAMILY LIMITED PARTNERSHIP, | * | JUDGE JOHN W. DEGRAVELLES |
| A LOUISIANA PARTNERSHIP IN | * | |
| COMMENDAM, THE ESTATE OF MELVIN | * | |
| IRVIN, JR. VIEWPOINT DEVELOPMENT AND | * | |
| CONSTRUCTION COMPANY, ORLEANS | * | |
| PLACE SUBDIVISION, LLC, SORRENTO | * | MAGISTRATE JUDGE STEPHEN |
| LUMBAR CO., INC., and IBERVILLE BANK | * | RIEDLINGER |
| | * | |
| Defendants. | * | |

## REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, PNC Bank, N.A. ("PNC Bank") which, with respect, requests this Honorable Court to allow oral argument on its Motion for Partial Summary Judgment.  PNC Bank's motion is currently noticed for submission before the Honorable John W. deGravelles on the 1st day of October, 2015, at 9:30 a.m.

Defendants, Irvin Family Limited Partnership, the Estate of Melvin Irvin, Jr., Viewpoint Development and Construction Company, and Orleans Place Subdivision, LLC, filed a second Rule 12(b)(6) Motion to Dismiss, Rule 12(e) Motion for More Definite Statement, and Rule 19 Motion for Joinder, which this Court has set for oral argument on the 1st day of October, 2015, at 9:30 a.m. PNC Bank believes this Honorable Court would benefit from hearing the oral argument of counsel on the issues set forth in its Motion for Partial Summary Judgment.

RESPECTFULLY SUBMITTED,

**SEALE, SMITH, ZUBER & BARNETTE, LLP**

BY: ___/s/ *Jessica W. Chapman*_____
WILLIAM C. KAUFMAN, III, #7657- T.A.
JESSICA W. CHAPMAN, #31097 – T.A.
Two United Plaza, Suite 200
8550 United Plaza Boulevard
Baton Rouge, Louisiana 70809
Telephone: (225) 924-1600
Facsimile: (225) 924-6100
**ATTORNEYS FOR PNC BANK, N.A.**

<u>**CERTIFICATE OF SERVICE**</u>

I CERTIFY that a copy of the foregoing pleadings was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system. Baton Rouge, Louisiana, this 8th day of September, 2015.

*/s/  Jessica W. Chapman* _____
Jessica W. Chapman