## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PNC BANK, N.A. | * | LEAD CASE CIVIL ACTION |
| | * | NO. 13-00578 |
| Plaintiff, | * | CW/ NOS: 14-00766 AND 15-0025 |
| | * | |
| VERSUS | * | |
| | * | |
| IRVIN FAMILY LIMITED PARTNERSHIP, | * | JUDGE JOHN W. DEGRAVELLES |
| A LOUISIANA PARTNERSHIP IN | * | |
| COMMENDAM, THE ESTATE OF MELVIN | * | |
| IRVIN, JR., VIEWPOINT DEVELOPMENT AND | * | |
| CONSTRUCTION COMPANY, ORLEANS | * | |
| PLACE SUBDIVISION, LLC, SORRENTO | * | MAGISTRATE JUDGE RICHARD |
| LUMBER CO., INC., and IBERVILLE BANK | * | BOURGEOIS, JR. |
| | * | |
| Defendants. | * | |

## REQUEST FOR ORAL ARGUMENT

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, PNC Bank, N.A. ("PNC Bank") which, with respect, requests this Honorable Court to allow oral argument on its Motion for Summary Judgment.

Considering the complexity of the issues involved, PNC Bank, N.A. believes the Court would benefit from hearing oral argument of counsel on the issues set forth in the Motion for Summary Judgment.

Respectfully submitted,

**SEALE, SMITH, ZUBER & BARNETTE, LLP**

BY: /s/ *Jessica W. Chapman*_____
WILLIAM C. KAUFMAN, III, #7657- T.A.
JESSICA W. CHAPMAN, #31097 – T.A.
Two United Plaza, Suite 200
8550 United Plaza Boulevard
Baton Rouge, Louisiana 70809
Telephone: (225) 924-1600
Facsimile: (225) 924-6100
**ATTORNEYS FOR PNC BANK, N.A.**

## CERTIFICATE OF SERVICE

I CERTIFY that a copy of the foregoing pleadings was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system. Baton Rouge, Louisiana, this 16th day of June, 2016.

*/s/ Jessica W. Chapman* _____
Jessica W. Chapman
