# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| PNC BANK, N.A. | * | LEAD CASE CIVIL ACTION |
| | * | NO. 13-00578 |
|       Plaintiff, | * | CW/ NOS: 14-00766 AND 15-0025 |
| | * | |
| VERSUS | * | |
| | * | |
| IRVIN FAMILY LIMITED PARTNERSHIP, | * | JUDGE JOHN W. DEGRAVELLES |
| A LOUISIANA PARTNERSHIP IN | * | |
| COMMENDAM, THE ESTATE OF MELVIN | * | |
| IRVIN, JR., VIEWPOINT DEVELOPMENT AND | * | |
| CONSTRUCTION COMPANY, ORLEANS | * | |
| PLACE SUBDIVISION, LLC, SORRENTO | * | MAGISTRATE JUDGE RICHARD |
| LUMBER CO., INC., and IBERVILLE BANK | * | BOURGEOIS, JR. |
| | * | |
|       Defendants. | * | |

## CONSENT PARTIAL JUDGMENT

Upon considering (a) the consent motion of (i) plaintiff, PNC Bank, N.A. as the successor-in-interest to Red Mortgage Capital, Inc., who was the successor-in-interest to BMC Capital, LP ("**PNC**"), (ii) defendant, the Irvin Family Limited Partnership, a Louisiana Partnership in Commendam, (iii) defendant, the Estate of Melvin Irvin, Jr., represented through its duly appointed Independent Administrator, Edgar A. Irvin, and, (iv) defendant, Irvin & Associates, Inc. (collectively referred to as the "**Irvin Defendants**") requesting that this Consent Partial Judgment be entered by this Honorable Court in the matter styled, *PNC Bank, N.A. v. The Irvin Family Limited Partnership, et. al.*, Civil Action Number 14-766-JWD-RLB (the **"Title Curative Case"**),

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that with respect to each of the following instruments:

A. that certain Multiple Indebtedness Mortgage (the "**PNC Mortgage**") dated August 29, 2007, that was granted by Irvin Family Limited Partnership in favor of PNC and recorded on September 5, 2007, at Instrument Number 00678553 in the mortgage records of Ascension Parish, Louisiana;

B. that certain Assignment of Leases and Rents (the "**PNC Assignment**") dated August 29, 2007, that was granted by Irvin Family Limited Partnership in favor of PNC Bank, National Association, and recorded on September 5, 2007, at Instrument Number 00678554 in the mortgage records of the Ascension Parish Clerk of Court;

C. that certain Commercial Security Agreement (the "**Security Agreement**") dated August 29, 2007, that was granted by Irvin Family Limited Partnership of favor of PNC Bank; and,

D. that certain Hazardous Substances Certificate and Indemnity (the "**Certificate and Indemnity**") dated August 29, 2007, that was executed by Irvin Family Limited Partnership;

the legal description set forth on Exhibit "A" to each of the PNC Mortgage, PNC Assignment, Security Agreement, and Certificate and Indemnity is hereby amended, modified and re-stated to read as follows:

**LOT 7-A**

**A CERTAIN TRACT OF LAND SITUATED IN THE PARISH OF ASCENSION IN THE SOUTHEAST QUARTER OF SECTION 28, T9S-R3E, SOUTHEASTERN DISTRICT OF LOUISIANA, BEING A RESUBDIVISION OF PORTIONS OF FRANCOIS PLAZA OFFICE CONDOMINIUMS PHASES 1, 2, AND 3 INCLUDING RELEASE PARCELS F-1, F-2, F-3, F-4, F-5, AND LOTS 5, 7, 8 AND 3-A INTO FRANCOIS PLAZA OFFICE CONDOMINIUMS CONSISTING OF LOT 7-A AND LOT 3 AS SHOWN ON A PLAN OF**

RESUBDIVISION BY DADING, MARQUES & ASSOCIATES, LLC DATED 1-24-2017, AND RECORDED ON FEBRUARY 27, 2017, AT INSTRUMENT NUMBER 00918111 IN THE CONVEYANCE RECORDS OF THE ASCENSION PARISH CLERK OF COURT, AND BEING MORE FULLY DESCRIBED AS FOLLOWS:

COMMENCING AT A POINT ON THE NORTH RIGHT OF WAY LINE OF EAST WORTHY ROAD AND THE EAST RIGHT OF WAY LINE OF SOUTH NICKENS AVENUE (FORMERLY BONNIE LANE) AND MEASURE N 0° 25' 57" E ALONG SAID EAST RIGHT OF WAY LINE A DISTANCE OF 160.0' TO THE POINT OF BEGINNING; THENCE CONTINUE ALONG SAID EAST RIGHT OF WAY LINE N 0° 25' 57" E A DISTANCE OF 189.98'; THENCE LEAVING SAID EAST RIGHT OF WAY LINE MEASURE S 89° 26' 09" E A DISTANCE OF 228'; THENCE MEASURE N 0° 25' 57" E A DISTANCE OF 58.76'; THENCE MEASURE S 89° 34' 03" E A DISTANCE OF 99.11'; THENCE MEASURE N 0° 25' 57" E A DISTANCE OF 27.51'; THENCE MEASURE N 89° 16' 56" E A DISTANCE OF 12.83'; THENCE MEASURE N 03° 21' 15" E A DISTANCE OF 85.96'; THENCE MEASURE S 81° 15' 00" E A DISTANCE OF 5.74'; THENCE MEASURE N 0° 22' 11" E A DISTANCE OF 126.03'; THENCE MEASURE N 89° 16' 56" E A DISTANCE OF 108.36'; THENCE MEASURE S 1° 52' 20" W A DISTANCE OF 640.53' TO A POINT ON THE NORTH RIGHT OF WAY LINE OF EAST WORTHY ROAD; THENCE ALONG SAID NORTH RIGHT OF WAY LINE MEASURE S 89° 16' 56" W A DISTANCE OF 292.19'; THENCE LEAVING SAID NORTH RIGHT OF WAY LINE MEASURE N 0° 25' 57" E A DISTANCE OF 160.0'; THENCE MEASURE S 89° 16' 56" W A DISTANCE OF 150.0' TO THE POINT OF BEGINNING AND CONTAINING 169,725.74 SQUARE FEET OR 3.896 ACRES.

LESS AND EXCEPT:

A CERTAIN PIECE OR PORTION OF GROUND SITUATED IN THE PARISH OF ASCENSION IN THE SOUTHEAST QUARTER OF SECTION 28, T9S-R3E, SOUTHEASTERN DISTRICT OF LOUISIANA, AND BEING DESIGNATED AS LOT 3 ON A MAP SHOWING FRANCOIS PLAZA OFFICE CONDOMINIUMS BY NORRIS J. DECATEAU, P.L.S. DATED AUGUST 21, 1985 AND BEING MORE FULLY DESCRIBED AS FOLLOWS:

COMMENCING AT A POINT ON THE NORTH RIGHT OF WAY LINE OF EAST WORTHY ROAD AND THE EAST RIGHT OF WAY LINE OF SOUTH NICKENS AVENUE (FORMERLY BONNIE LANE) AND MEASURE N 89° 16' 56" E A DISTANCE OF 392.14'; THENCE LEAVING SAID NORTH RIGHT OF WAY LINE MEASURE N 01° 52' 20" E A DISTANCE OF 205.73'; THENCE MEASURE N 89° 36' 34" W A DISTANCE OF 32.42' TO THE POINT OF BEGINNING; THENCE MEASURE N 89° 36' 34" W A DISTANCE OF 40.0'; THENCE MEASURE N 0° 24' 10" E A DISTANCE OF 65.0'; THENCE MEASURE S 89° 36' 34" E A DISTANCE OF 40.0'; THENCE MEASURE S 0° 24' 10" W A DISTANCE OF 65' TO THE POINT OF BEGINNING AND CONTAINING 2600.0 SQUARE FEET OR 0.06 ACRES.

LOT 7-A  HAS BEEN  HISTORICALLY DESCRIBED AS FOLLOWS:

LOT F-1 (FRANCOIS PLAZA 1):

A CERTAIN TRACT OF LAND SITUATED IN THE PARISH OF ASCENSION IN THE SOUTHEAST QUARTER OF SECTION 28, TOWNSHIP 9 SOUTH, RANGE 3 EAST, SOUTHEASTERN DISTRICT OF LOUISIANA, DESIGNATED AS RELEASE PARCEL "F-1" ON THE MAP MADE BY ADCO ENGINEERS & PLANNERS, INC., DATED 11/18/81, A COPY OF WHICH IS RECORDED IN THE OFFICIAL RECORDS OF

ASCENSION PARISH, LOUISIANA, AND MADE A PART HEREOF BY REFERENCE. SAID PARCEL F-1 IS MORE PARTICULARLY DESCRIBED AS COMMENCING AT A POINT ON THE NORTH SIDE OF EAST WORTHY ROAD (LA. HIGHWAY 939) LOCATED 150 FEET EAST FROM THE POINT OF INTERSECTION OF THE NORTH SIDE OF EAST WORTHY ROAD WITH THE EAST SIDE OF NICKENS ROAD, AND MEASURES N 0°25'27" EAST A DISTANCE OF 160 FEET, THEN N 89 ° 34' 03",  EAST A DISTANCE OF 151.84 FEET, THEN S1° 52'20" WEST A DISTANCE OF 71.16 FEET TO THE NORTH SIDE OF EAST WORTHY ROAD, THEN S 89° 16' 56" WEST ALONG THE NORTH SIDE OF EAST WORTHY ROAD A DISTANCE OF 292.19 FEET TO THE POINT OF BEGINNING AND SUBJECT TO A SERVITUDE OF PASSAGE AS SHOWN ON THE MAP ATTACHED TO AN ACT OF SALE FROM LEO P. LAMBERT, JR. TO MELVIN IRVIN JR., DATED JANUARY 26, 1983 RECORDED IN COB 355, FILE #199112 OF ASCENSION PARISH.

**LOT F-2 (FRANCOIS PLAZA II)**

A CERTAIN TRACT OF LAND SITUATED IN THE PARISH OF ASCENSION IN THE SOUTHEAST QUARTER OF SECTION 28, TOWNSHIP 9, SOUTH, RANGE 3 EAST, SOUTHEASTERN DISTRICT OF LOUISIANA DESIGNATED AS "RELEASE PARCEL F-2" ON THE MAP PREPARED BY ADCO ENGINEERS AND PLANNERS, INC., DATED 10-7-83, A COPY OF WHICH IS RECORDED IN THE OFFICIAL RECORDS OF ASCENSION PARISH, LOUISIANA, AND MADE A PART HEREOF BY REFERENCE. SAID PARCEL F-2 IS MORE PARTICULARLY DESCRIBED AS COMMENCING AT A POINT ON THE NORTH SIDE OF EAST WORTHY ROAD (LA. HIGHWAY 939) LOCATED 442.19 FEET EAST FROM THE POINT OF INTERSECTION OF THE NORTH SIDE OF EAST WORTHY ROAD WITH THE EAST SIDE OF NICKENS ROAD, AND MEASURES NORTH 1° 52' 20" EAST A DISTANCE OF 71/16 FEET TO THE POINT OF BEGINNING, THEN NORTH 89° 16' 56" EAST A DISTANCE OF 74.87 FEET, THEN SOUTH 1° 52' 20" WEST A DISTANCE 279.13 FEET TO THE POINT OF BEGINNING, CONTAINING .699 ACRES AND SUBJECT TO A SERVITUDE OF PASSAGE AS SHOWN ON THE PLAN REFERRED TO ABOVE AND ATTACHED TO AN ACT RECORDED A COB364, FILE #205900 OF ASCENSION PARISH.

**LOT F-3 (FRANCOIS PLAZA III)**

A CERTAIN TRACT OF LAND TOGETHER WITH ALL BUILDINGS AND IMPROVEMENTS THEREON AND THERETO BELONGING, SITUATED IN THE PARISH OF ASCENSION ON THE SOUTHEAST QUARTER OF SECTION 28, TOWNSHIP 9 SOUTH, RANGE 3 EAST, SOUTHEASTERN DISTRICT OF LOUISIANA, DESIGNATED AS "RELEASE PARCEL F-3" ON THE MAP PREPARED BY ADCO ENGINEERS AND PLANNERS, INC., DATED 1/11/84, A COPY OF WHICH IS DULY RECORDED IN THE CONVEYANCE RECORDS OF ASCENSION PARISH.  SAID PARCEL F-3 IS MORE PARTICULARLY DESCRIBED AS COMMENCING AT A POINT ON THE NORTH SIDE OF EAST WORTHY ROAD (LA. HWY. 939) LOCATED 442.19 FEET EAST FROM THE POINT OF INTERSECTION OF THE NORTH SIDE OF EAST WORTHY ROAD WITH THE EAST SIDE OF NICKENS ROAD, AND MEASURES NORTH 1° 52' 20" EAST A DISTANCE OF 74.87 FEET, THEN SOUTH 0° 25' 57" WEST A DISTANCE OF 69.83 FEET, THEN NORTH 89° 34' 3" WEST A DISTANCE OF 48.94 FEET, THEN NORTH 0° 25' 57" EAST A DISTANCE OF 143, FEET, THEN NORTH 89° 16' 56" EAST A DISTANCE OF 125.68 FEET, THEN SOUTH 1" 52' 20" WEST A DISTANCE OF 74.21 FEET TO THE POINT OF BEGINNING, CONTAINING 0.92 ACRES AND SUBJECT TO A SERVITUDE OF PASSAGE AS SHOWN ON THE MAP ANNEXED TO AN ACT OF SALE FROM LEO P. LAMBERT, JR. TO MELVIN IRVIN, JR. DATED JUNE 2, 1985 RECORDED IN COB 368, FILE #223299.

**LOT 3-A (FRANCOIS PLAZA SECTION)**

A CERTAIN TRACT OR PARCEL OF GROUND, TOGETHER WITH ALL BUILDINGS AND IMPROVEMENTS THEREON, SITUATED IN THE PARISH OF ASCENSION, STATE OF LOUISIANA, IN THE SOUTHEAST QUARTER OF SECTION 28, TOWNSHIP 9 SOUTH, RANGE 3 EAST, AND BEING MORE PARTICULARLY DESCRIBED BY A MAP OR PLAN OF SURVEY PREPARED BY W. J. COINTMENT, JR., R.L.S., DATED OCTOBER 14, 1996, AND ENTITLED, "PROPERTY BOUNDARY SURVEY OF LOT 3-A, SITUATED IN THE THIRD PHASE, FRANCOIS PLAZA OFFICE CONDOMINIUMS, SITUATED IN THE SB ¼ OF SEC. 28, T9S, R3E, SED, EAST OF THE MISS. RIVER, ASCENSION PARISH, CITY OF GONZALES, LA. A COPY OF WHICH IS RECORDED IN THE OFFICIAL RECORDS OF ASCENSION PARISH, LOUISIANA, AND MADE A PART HEREOF BY REFERENCE. SAID LOT 3A CONTAINING 0.207 ACRES AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCE AT THE SOUTHWEST CORNER OF THE SOUTHEAST QUARTER OF SECTION 28; THENCE PROCEED NORTH 00° 25' 57" EAST A DISTANCE OF 50.90 FEET TO A POINT AND CORNER; THENCE PROCEED NORTH 89° 16' 56" EAST A DISTANCE OF 324.99 FEET TO A POINT AND CORNER; THENCE PROCEED NORTH 00° 25' 57" EAST A DISTANCE OF 160.00 FEET TO A POINT AND CORNER; THENCE PROCEED NORTH 00° 25' 57" EAST A DISTANCE OF 269.15 FEET TO A POINT AND CORNER; THENCE PROCEED NORTH 89° 16' 56" EAST A DISTANCE OF 201.81 FEET TO A POINT AND CORNER; THENCE PROCEED NORTH 00° 22' 11" EAST A DISTANCE OF 86.65 FEET TO A POINT AND CORNER, BEING THE POINT OF BEGINNING; THENCE PROCEED NORTH 00° 22' 11" EAST A DISTANCE OF 120.00 FEET TO A POINT AND CORNER; THENCE PROCEED NORTH 89° 16' 56" EAST A DISTANCE OF 75.0 FEET TO A POINT AND CORNER; THENCE PROCEED SOUTH 00° 22' 11" WEST A DISTANCE OF 120.00 FEET TO A POINT AND CORNER; THENCE PROCEED SOUTH 89° 16' 56" WEST A DISTANCE OF 75.00 FEET TO A POINT AND CORNER, BEING THE POINT OF BEGINNING; CONTAINING 0.207 ACRES, AND BEING SHOWN MORE CLEARLY ON THE MAP OR PLAN OF SURVEY REFERRED TO HEREINABOVE AND MADE A PART HEREOF BY REFERENCE.

**LOT 5 (FRANCOIS PLAZA V [TURNER]):**

A CERTAIN PIECE OR PORTION OF GROUND, TOGETHER WITH ALL THE BUILDINGS AND IMPROVEMENTS THEREON, AND ALL THE RIGHTS, WAYS, PRIVILEGES, SERVITUDES, APPURTENANCES, AND ADVANTAGES THEREUNTO BELONGING OR IN ANYWISE APPERTAINING, SITUATED IN THE SOUTHEAST QUARTER OF SECTION 28, TOWNSHIP 9 SOUTH, RANGE 3 EAST, BEING DESIGNATED ON A MAP SHOWING FRANCOIS PLAZA OFFICE CONDOMINIUMS BY NORRIS J. DECOTEAU, R.L.S. DATED AUGUST 21, 1985, AND RECORDED AT FILE NUMBER 225828 OF THE OFFICIAL RECORDS OF ASCENSION PARISH, LOUISIANA, AND BEING DESCRIBED AS LOT FIVE (5) ON THE SAID SURVEY. SAID LOT FRONTING 72 FEET ON THE COMMON AREA BY A DEPTH BETWEEN EQUAL AND PARALLEL LINES OF 36 FEET, AND 72 FEET ACROSS THE REAR, ALL IN ACCORDANCE WITH THE AFORESAID MENTIONED SURVEY.

**LOT 7 (FRANCOIS PLAZA VII):**

A CERTAIN OR PARCEL OF LAND SITUATED IN THE PARISH OF ASCENSION IN THE SOUTHEAST QUARTER OF SECTION 28, TOWNSHIP 9 SOUTH, SOUTH, RANGE 3 EAST, SOUTHEASTERN DISTRICT OF LOUISIANA AS SHOWN MORE CLEARLY ON A PLAT OR MAP OF SURVEY ENTITLED "SURVEY MAP OF FRANCOIS PLAZA OFFICE CONDOMINIUM 2ND PLACE SITUATED IN THE SOUTHEAST SE ONE QUARTER OF SECTION 28, T9S, R3E, SED, EAST OF THE

MISS. RIVER, CITY OF GONZALES, ASCENSION PARISH, LA. AS PREPARED BY W.J. COINTMENT JR., R.L.S., DATED MAY 5, 1994 AND REVISED MAY 25, 1994, A COPY OF WHICH IS ATTACHED AS CONDOMINIUM DECLARATION FOR FRANCOIS PLAZA OFFICE CONDOMINIUM AND RECORDED IN THE OFFICIAL RECORDS OF ASCENSION PARISH, LOUISIANA AT FILE NUMBER 335998. SAID TRACT BEING DESIGNATED AS LOT 7 ON THE ABOVE REFERRED TO SURVEY AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCE AT THE SOUTHWEST CORNER OF THE SOUTHEAST QUARTER OF SECTION 28, THENCE PROCEED NORTH 00° 25' 57" EAST A DISTANCE OF 50.90 FEET TO A POINT AND CORNER; THENCE PROCEED NORTH 89° 16' 56" EAST A DISTANCE OF 324.99 FEET TO A POINT AND CORNER, THENCE PROCEED NORTH 00° 25' 57" EAST A DISTANCE OF 160 FEET TO A POINT AND CORNER, THENCE PROCEED NORTH 89° 16' 56" EAST A DISTANCE OF 142.11 FEET TO A POINT AND CORNER, THENCE PROCEED NORTH 00° 25' 57" EAST A DISTANCE SUFFICIENT TO REACH THE SOUTHERN BOUNDARY OF LOT 7 BEING DESIGNATED AS THE POINT OF BEGINNING, THENCE PROCEED NORTH 89° 41' 37" WEST A DISTANCE OF 112.00 FEET TO A POINT AND CORNER, THENCE PROCEED NORTH 00° 18' 23" EAST A DISTANCE OF 115.00 FEET TO A POINT AND CORNER, THENCE PROCEED SOUTH 89° 41' 37" EAST A DISTANCE OF 135.00 FEET TO A POINT AND CORNER, THENCE PROCEED SOUTH 00° 18' 23" WEST A DISTANCE OF 22.67 FEET TO A POINT AND CORNER, THENCE PROCEED SOUTH 00° 58' 19" WEST A DISTANCE OF 28.56 FEET TO POINT OF BEGINNING. ALL AS IS MORE CLEARLY DESCRIBED AS LOT 7 ON THE MAP OR PLAN OF SURVEY REFERRED TO HEREINABOVE.

LOT 8 (FRANCOIS PLAZA VIII):

A CERTAIN TRACT OR PARCEL OF LAND, TOGETHER WITH ALL BUILDINGS AND IMPROVEMENTS LOCATED THEREON, SITUATED IN THE PARISH OF ASCENSION IN THE SOUTHEAST QUARTER OF SECTION 28, TOWNSHIP 9 SOUTH, RANGE 3 EAST, ASCENSION PARISH, LOUISIANA BEING DESIGNED AS LOT 8, AND BEING MORE CLEARLY SHOWN ON A MAP OR PLAN OF SURVEY PREPARED W. J. COINTMENT, JR., R.L.S., DATED OCTOBER 31, 1994 A COPY OF WHICH IS RECORDED AT FILE #347376 OF THE OFFICIAL RECORDS OF ASCENSION PARISH, LOUISIANA, A COPY OF WHICH AS MADE A PART HEREOF BY REFERENCE. SAID LOT 8 BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCE AT THE SOUTHWEST CORNER OF SOUTHEAST QUARTER OF SECTION 28; THENCE PROCEED NORTH 00° 25' 57" EAST A DISTANCE OF 50.90 FEET TO A POINT AND CORNER; THENCE PROCEED NORTH 89° 16' 56" EAST A DISTANCE OF 324.99 FEET TO A POINT AND CORNER; THENCE PROCEED NORTH 00° 25' 57" EAST A DISTANCE SUFFICIENT TO REACH THE SOUTHERN BOUNDARY OF LOT 8; THENCE PROCEED SOUTH 89° 16' 56" WEST A DISTANCE OF 150.00 FEET TO A POINT AND CORNER; THENCE PROCEED NORTH 00° 25' 57" EAST A DISTANCE OF 129.20 FEET TO A POINT AND CORNER; THENCE PROCEED NORTH 89° 28' 18" EAST A DISTANCE OF 179.55 FEET TO A POINT AND CORNER; THENCE PROCEED SOUTH 00° 18' 23" WEST A DISTANCE OF 129.20 FEET TO A POINT AND CORNER; THENCE PROCEED SOUTH 89° 16' 56" WEST A DISTANCE 29.81 FEET TO A POINT AND CORNER, BEING THE POINT OF BEGINNING.

AND

**Lot 3, Bonnie Lane Subdivision**

**A certain parcel of land situated in the Parish of Ascension, State of Louisiana,**

**in the West half of the Southeast Quarter of Section 28, Township 9 South, Range 3 East, Southeastern District of Louisiana, and more particularly designated as Lot Three (3) on the map of Bonnie Lane Subdivision, made by Robert McConnell, registered land surveyor, dated February 24, 1959, and recorded in Conveyance Records of Ascension Parish. Said Lot Three (3) measures one hundred (100') feet on the West side of Bonnie Lane by a depth between parallel lines of one hundred (100') feet. Being part of the same property acquired by Sidney V. Nickens from Pascal P. Painter, Jr., on March 22, 1943 by deed recorded in COB 80, Folio 209 of Ascension Parish.**

**IT IS FURTHER HEREBY ORDERED, ADJUDGED AND DECREED** that Edgar A. Irvin be and is hereby authorized and ordered to execute any and all documents that are required to be executed by the Irvin Defendants pursuant to the Joint Stipulation, dated July 7, 2016 (Rec. Doc. 177), on behalf of the Irvin Defendants, in addition to the Encroachment Servitude by Destination of the Owner and the Parking Servitude by Destination of Owner.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that this Honorable Court hereby retains jurisdiction to enforce the terms and conditions of this Consent Judgment and the aforementioned Joint Stipulation.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that judgment is hereby entered in favor of PNC and against the Irvin Family Limited Partnership, a Louisiana Partnership in Commendam; the Estate of Melvin Irvin, Jr., represented through its duly appointed Independent Administrator, Edgar A. Irvin; and Irvin & Associates, Inc. recognizing the validity and enforceability of the mortgage, liens, security interests, assignments and agreements created and evidenced by the PNC Mortgage, PNC Assignment, Security Agreement, and Certificate and Indemnity, all as amended, modified and restated as set forth herein with respect to the legal description set forth on Exhibit "A".

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all of the rights, interests, claims and causes of action of PNC Bank, National Association that are in any way

associated with, arise from, or related the Verified Complaint to Collect Amounts Due Under Promissory Note; For Recognition of Mortgage, Assignment of Leases and Rents, And Security Agreement; Other Relief, and for Issuance of Writ of Sequestration (the "**Verified Complaint**") that was filed by PNC in case number 3:15-cv-00025 (the "**Collection Case**") be, and are hereby, reserved and preserved.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that all of the rights, interests, claims and causes of action of PNC Bank, National Association against all individuals and entities, including, without limitation, Irvin Family Limited Partnership; Edgar A. Irvin, in his capacity as the independent administrator of the Succession of Melvin Irvin, Jr. (the "Irvin Succession"), the Irvin Succession, and Irvin & Associates, Inc. that are in any way related to, associated with or which arise from or under the Collection Case be, and are hereby, reserved and preserved.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that because there is no just reason for delay, this judgment constitutes a final judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, subject to all of the reservations included herein.

Signed in Baton Rouge, Louisiana, on <u>March 13, 2017</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

RESPECTFULLY SUBMITTED,

**SEALE, SMITH, ZUBER & BARNETTE, LLP**

**By:**  */s/ Jessica W. Chapman*
JESSICA W. CHAPMAN, #31097 – T.A.
WILLIAM C. KAUFMAN, III, #7657 –T.A.
Two United Plaza, Suite 200
8550 United Plaza Boulevard
Baton Rouge, Louisiana 70809
Telephone: (225) 924-1600
Facsimile: (225) 924-6100
**ATTORNEYS FOR PNC BANK, N.A.**


**PHELPS DUNBAR LLP**

**BY:** */s/ Allen C. Miller*
Allen C. Miller, (Bar #26423)
Brandon E. Davis, (Bar #29823)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone: 504-566-1311
Telecopier: 504-568-9130
Email: millera@phelps.com
davisb@phelps.com
**ATTORNEYS FOR DEFENDANTS,
IRVIN FAMILY LIMITED PARTNERSHIP,
IRVIN & ASSOCIATES, INC.,
ESTATE OF MELVIN IRVIN, JR.,
VIEWPOINT DEVELOPMENT AND
CONSTRUCTION COMPANY AND
ORLEANS PLACE SUBDIVISION, L.L.C. AND
EDGAR A. IRVIN, IN HIS CAPACITY AS THE INDEPENDENT ADMINISTRATOR
FOR THE ESTATE OF MELVIN IRVIN, JR.**